RE: Case No. 15-0894                    DATE: 11/20/2015
COA #: 01-14-00379-CV     TC#: 2012-61407A
STYLE: MOSE A. GUILLORY AND MARY GUILLORY
   v. SEATON, LLC D/B/A STAFF MANAGEMENT

   A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                    MR. CHRISTOPHER  PRINE
                    CLERK, FIRST COURT OF APPEALS
                    301 FANNIN
                    HOUSTON, TX  77002